

```
FILED
CLERK, U.S. DISTRICT COURT

JAN -5 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA WICKS,<br><br>             Plaintiff,<br><br>vs.<br><br>CITY OF INGLEWOOD, et al,<br><br>             Defendants. | Case No. CV 08-5081 VBF (Ex)<br><br>[Consolidated with Case No. CV 08-5173 VBF (Ex)]<br><br>[~~PROPOSED~~] PROTECTIVE ORDER FOR THE RELEASE OF AUTOPSY PHOTOGRAPHS AND OTHER THINGS RELATED TO THE MEDICAL EXAMINER'S REPORT OF THE DEATH OF KEVIN WICKS |

The parties having so stipulated, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

The Medical Examiner-Coroner of Los Angeles County is hereby ordered to release to the attorneys for the parties copies of photographs, x-rays and videotapes of the deceased Kevin Wicks, Coroner's case number 2008-05147, date of autopsy: July 23, 2008.

IT IS FURTHER ORDERED THAT access of the requested photographs, videotapes and x-rays shall be limited to the parties and their specific attorneys working on this file/case and to any staff persons or professionals whose services are required for the cause of action.

1  IT IS FURTHER ORDERED THAT the photographs are to be treated with
2  dignity and respect.

4  Dated: 1/5/09

_____
~~Honorable Valerie Baker Fairbank~~
~~Judge of the U.S. District Court~~
Charles F. Eick
United States Magistrate Judge

-2-